der 26 U.S.C. § 5615(3) (C) and (D), we find oral argument unnecessary and summarily affirm on the opinion of the district court.

Affirmed.

having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

**TRADE WINDS COMPANY, Petitioner, Cross-Respondent,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent, Cross-Petitioner.**

No. 27626.

United States Court of Appeals, Fifth Circuit.

April 29, 1970.

John Bacheller, Jr., Atlanta, Ga., for appellant.

Marcel Mallet-Prevost, Asst. General Counsel, N. L. R. B., Washington, D. C., Walter C. Phillips, Director, Tenth Region, N. L. R. B., Atlanta, Ga., Ronald R. Helveston, Atty., N. L. R. B., Washington, D. C., for appellee.

ON PETITION FOR REHEARING OF 413 F.2d 1213, AND PETITION FOR REHEARING EN BANC

Before WISDOM and CARSWELL,* Circuit Judges, and ROBERTS, District Judge.

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court

**Harold Glenn WHITAKER, Plaintiff-Appellant,**

v.

**HARVELL–KILGORE CORPORATION and Day & Zimmerman, Inc., Defendants-Appellees.**

**Lura Madden WHITAKER, Plaintiff-Appellant,**

v.

**HARVELL–KILGORE CORPORATION and Day & Zimmerman, Inc., Defendants-Appellees.**

No. 27206.

United States Court of Appeals, Fifth Circuit.

April 20, 1970.

Mead Burns, Robert W. Beynart, Atlanta, Ga., for Harold G. Whitaker and Lura M. Whitaker.

Thomas R. Bryan, Jr., Columbus, Ga., for F. D. White, and A. J. Atkinson.

Howell Hollis, Columbus, Ga., for Harvell-Kilgore.

Edwin P. Rome, Blank, Rome, Klaus, & Comisky, Philadelphia, Pa., W. M. Page and Max R. McGlamry, Columbus, Ga., for appellees.

Before RIVES, COLEMAN and MORGAN, Circuit Judges.

---

* Judge Carswell participated in the original decision but did not take part in the denial of this petition for rehearing.